UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN BUNDY.,

        Plaintiff,

v.

JEFF SESSIONS, et al.,

        Defendants.

Civil Action No. 1:18-cv-2520

## RESPONSE TO COURT'S ORDER OF JANUARY 14, 2019

Plaintiff Ryan Bundy ("Bundy") hereby responds to this Court's Order of January 14, 2019 directing Bundy to "either cause process to be served upon each Defendant and file proof of service with the Court or establish good cause for the failure to do so" by January 29, 2019. Bundy has made service on each Defendant.

Bundy served Defendants Sessions, Lynch, and Holder on January 15, 2019 through the U.S. Department of Justice, and has already filed returns of service. ECF No. 8. Since then, counsel for Bundy was contacted by Mr. Siegmund Fuchs ("Mr. Fuchs") of the Torts Branch, Civil Division of the U.S. Department of Justice. Mr. Fuchs indicated that he would accept service of process for Defendants Comey, Sessions, Lynch, and Holder via email, which counsel for Bundy subsequently did. Exhibit 1. Mr. Fuchs indicated that Defendant Kornze could be served by sending a copy of the Summons and Complaint by FedEx to Nancy Zahedi, the Assistant Regional Solicitor of the Pacific Southwest Region, which counsel for Bundy has done as well. Exhibit 2. As such, service has been effected on each Defendant.

///

///

1

2

Dated: January 29, 2019                                         Respectfully submitted,

/s/ *Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
2020 Pennsylvania Ave, NW
Suite 800
Washington, DC, 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

2