## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN BUNDY**, <br><br> Plaintiff, <br><br> v. <br><br> **JEFFERSON B. SESSIONS, III,** *et al.*, <br><br> Defendants. | Case No. 1:18-cv-02520 (TNM) |

## ORDER

Upon consideration of the Defendants' Motion to Dismiss, the pleadings, relevant law, and related legal memoranda in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that the Defendants' Motion to Dismiss is GRANTED.

The Clerk of the Court is directed to close the case. This is a final, appealable Order.

Dated: June 10, 2019

TREVOR N. McFADDEN, U.S.D.J.